# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 10, 2019

The Honorable Colm F. Connolly            <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:     *Sensormatic Electronics, LLC v. Wyze Labs, Inc.*,
            <u>C.A. No. 19-1543-CFC</u>

Dear Judge Connolly:

    In anticipation of the in-person scheduling conference in the above action at 2:00 p.m. on December 12, 2019, the parties jointly submit the accompanying proposed scheduling order for the Court's consideration. Where the parties disagree, each side's proposal is set forth in bracketed text. A summary of disputed provisions can be found in Exhibit A at the end of the proposed schedule.

    Counsel look forward to discussing this matter with Your Honor on Thursday.

                       Respectfully,

                       /s/ *Andrew C. Mayo*

                       Andrew C. Mayo (#5207)

ACM/nlm
Attachment

cc:     All Counsel of Record (via electronic mail; w/attachments)