IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSORMATIC ELECTRONICS, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 19-1543-CFC |
| WYZE LABS, INC., | |
| Defendant. | |

## ORDER

At Wilmington this Third day of September in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings for Lack of Patentable Subject Matter (D.I. 21) is **GRANTED**.

UNITED STATES DISTRICT JUDGE