AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-1543-CFC | DATE FILED<br>8/19/2019 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>SENSORMATIC ELECTRONICS, LLC | | DEFENDANT<br>WYZE LABS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,954,129 | 5/31/2011 | Sensormatic Electronics, LLC |
| 2 | 7,730,534 | 6/1/2010 | Sensormatic Electronics, LLC |
| 3 | 7,936,370 | 5/3/2011 | Sensormatic Electronics, LLC |
| 4 | 8,208,019 | 6/26/2012 | Sensormatic Electronics, LLC |
| 5 | 8,610,772 | 12/17/2013 | Sensormatic Electronics, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Defendant's Motion for Judgment on the Pleadings for Lack of Patentable Subject matter granted by Judge Connolly by Memorandum Opinion and Order issued 9/3/2020 (attached) |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>/s/N. Fasano | DATE<br>9/3/2020 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 6.  9,407,877 | 8/2/2016 | Sensormatic Electronics, LLC |
| 7.  10,198,923 | 2/5/2019 | Sensormatic Electronics, LLC |